UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-23258 |
| | ) | |
| ISAIAH C. WILKERSON, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge GOLDGAR |

### NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: stearns_g@lisle13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear on May 22, 2020, at 10:00 a.m. before the Honorable Judge Goldgar at **301 S. Greenleaf Avenue, Courtroom B, Park City, IL 60085**, and present the attached **Motion to Modify Plan**, at which time and place you may appear.

A party who objects to the motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: May 1, 2020        /s/ Michael R. Colter, II
                                    Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Isaiah Wilkerson
2001 Wesley Drive, Apt. L
Arlington, TX 76012

City of Chicago Dept of Finance
c/o Arnold Scott Harris, P.C.
111 W. Jackson Blvd Ste. 600
Chicago, IL 60604

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Illinois Tollway
PO Box 5544
Chicago, IL 60680

U.S. Department of Education
C/O Nelnet
121 South 13th Steet, Suite 201
Lincoln, NE 68508

Illinois Department of Revenue
Bankruptcy Section
PO Box 19035
Springfield, IL 62794-9035

Consumer Portfolio Svc
Po Box 57071
Irvine, CA 92619

Nicor gas
PO Box 549
Aurora, Il 60507

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-23258 |
| | ) | |
| ISAIAH C. WILKERSON, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge GOLDGAR |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES the Debtor, **ISAIAH C. WILKERSON**, by and through his attorneys, DAVID M. SIEGEL AND ASSOCIATES, LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the U.S. District Court for the Northern District of Illinois.

2) On August 17, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of Title 11 USC and Glenn Stearns was appointed Trustee in the case.

3) Debtor's plan was confirmed on November 16, 2018, with general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor became unemployed in mid-March 2020, when military bases in his area went on lockdown. Debtor's work is heavily tied to maintenance projects on military bases and with these bases on lockdown Debtor is unable to obtain new work projects.

5) Debtor returned to work the week of April 26, 2020. Debtor can resume making payments to the trustee but he cannot cure the default at this time.

6) Debtor seeks to modify his plan under § 1329 and defer the current default in plan payments to the end of the plan. General unsecured creditors will continue to receive no less than 10% of their allowed claims.

7)  The Debtor does not request this modification of his plan with the intent to defraud creditors.

8)  Deferring the plan payment default will not cause the confirmed Chapter 13 plan to run longer than 60 months.

WHEREFORE, the Debtor, **ISAIAH C. WILKERSON**, prays that this Honorable Court enter an Order Modifying Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675

David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100