UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 18-23258
ISAIAH C. WILKERSON, )
)
) Chapter: 13
) Honorable A. Benjamin Goldgar
)
) Lake County
Debtor(s) )

## ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The plan payment default is deferred to the end of the plan.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: June 26, 2020

**Prepared by:**

Michael R. Colter, II ARDC # 6304675
David M. Siegel & Associates, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100